UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH D. HALL,

                                        NO. CIV. S-07-1681 LKK/DAD

        Plaintiff,

    v.

                                        O R D E R

UNION INSTITUTE UNIVERSITY,

        Defendant.

_____/

        Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

        IT IS SO ORDERED.

        DATED: September 13, 2007.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT